UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.: 22-CV-10350-AK

| | |
|---|---|
| MOHAMED SALEM, )<br>　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>STONEHAM POLICE DEPARTMENT )<br>and TOWN OF STONEHAM, )<br>　　　Defendants. )<br>　　　　　　　　　　　　　　　　　　　) | REQUEST FOR ORAL ARGUMENT |

## **PLAINTIFF'S CROSSMOTION FOR SUMMARY JUDGEMENT**

　　　Pursuant to Fed. R. Civ. P. 56, Plaintiff, Mohamed Salem ("Salem"), hereby moves for partial summary judgement. In furtherance thereof Plaintiff states:

There are certain undisputed issues of material fact, which even if viewed in light most favorable to the non-moving parties, this Court could still find for Plaintiff as a matter of law. Namely, the Stoneham Police Department policies and procedures outline one set of policies, yet the custom and accepted practice of officers have led and could continue to lead to Constitutional Violations under the Fourth and Fourteenth Amendments. Based upon the record evidence, the Police Departments own "investigation" and the officers' depositions, as well as Plaintiff's expert opinion produced by retired Boston Police Department Superintendent and Chief of Internal Affairs, Frank Mancini, this Court should find that the Town of Stoneham is liable under §1983 and *Monell* for failure to supervise and train its officers leading to said Constitutional violations. Further, this Court should find the Town of Stoneham liable under MTCA 258 §2 for failure to train and supervise its officers, the result of which has left Plaintiff damaged.

Plaintiff submits with his Memorandum in Opposition to Defendants Motion for Summary Judgement and in support of the within Motion for Crossclaim Summary Judgement, the following list of exhibits:

- Exhibit 1- Audio recording in 2 parts of the 911 call (sent or to be sent to court and counsel on a CD)
- Exhibit 2 - Deposition of Mohamed Salem
- Exhibit 3 - Stoneham Police CAD Notes 1817889
- Exhibit 4 – Stoneham Police Department Chapter 5 Response to Calls
- Exhibit 5 – Deposition of Paul Norton
- Exhibit 6 - Expert Opinion from Boston Police Department Superintendent Frank Mancini
- Exhibit 7- Stoneham Police Department Required Conduct Policy
- Exhibit 8 - Stoneham Police Department Chapter 8 Use of Force Guidelines
- Exhibit 9 - Deposition of Patrick Carroll
- Exhibit 10- Plaintiff PTSD Treatment Records
- Exhibit 11 - ER Medical Records
- Exhibit 12 - Deposition of Thomas Day
- Exhibit 13-MGH Records
- Exhibit 14- Chronic PTSD charges
- Exhibit 15- MGH Records II
- Exhibit 16- Neuro Records

Plaintiff requests a hearing in the within matter.

Dated: March 13, 2024               Respectfully submitted,

                                    The Plaintiff,
                                    By his Attorneys,

                                    /s/ Narini Badalian_____

                                    Herbert S. Cohen, Esq. BBO #089180
                                    Narini Badalian, Esq. BBO #690495
                                    500 Commercial Street, Suite 4R
                                    Boston, MA 02109
                                    617-523-4552
                                    narini@cohenlawgroupboston.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 13th, 2024, the above document was filed electronically in the CM/ECF system and served on all registered participants as identified on the Notice of Electronic Filing.

                                                            /s/ Narini Badalian
                                                            Narini Badalian, Esq.